## 18498.  CLARK v. THE STATE.

LUKE, J.   In a prosecution for manufacturing whisky the solicitor-general asked a witness for the State: "Have you had information, or reported information, that the defendant is continuously engaged in the liquor traffic?" The witness answered, "Yes." The court overruled a motion of the defendant's counsel to exclude the evidence upon the ground that it was hearsay and irrelevant. *Held:* Such evidence was hearsay; and the judgment is reversed for this reason alone, it being unnecessary at this time to consider the other assignments of error.

    *Judgment reversed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED DECEMBER 13, 1927.

Making liquor; from Walker superior court—Judge Maddox. September 2, 1927.

*Henry & Jackson, Rosser & Shaw,* for plaintiff in error.

*J. F. Kelly, solicitor-general, M. Neil Andrews,* contra.

Criminal Law, 16 C. J. p. 642, n. 31; 17 C. J. p. 332, n. 64.